Michael J. Gregg (SBN 321765)
Mark W. Skanes (SBN 322072)
Jonathan T. Martinez (SBN 314228)
**ROSEWALDORF LLP**
100 Oceangate, Suite 300
Long Beach, California 90802
Telephone:  (518) 869-9200
Facsimile:   (518) 869-3334
Email:  mgregg@rosewaldorf.com
            mskanes@rosewaldorf.com
            jmartinez@rosewaldorf.com

Attorneys for Defendant TOYOTA MOTOR SALES, U.S.A., INC. AND RPM LUXURY AUTO SALES, INC. D/B/A LEXUS OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR KIGEL, an individual,<br><br>          Plaintiff,<br>     vs.<br><br>TOYOTA MOTOR SALES, U.S.A, INC. a California Corporation; RPM Luxury Auto Sales, Inc., d/b/a Lexus of Sacramento, a California Corporation; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.: 2:21-cv-01089-TLN-DB<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |

**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE**

Plaintiff IGOR KIGEL ("Plaintiff") and Defendants TOYOTA MOTOR SALES, U.S.A., INC. and RPM LUXURY AUTO SALES, INC. D/B/A LEXUS OF SACRAMENTO ("Defendants") respectfully submit this Notice of Settlement and inform the Court as follows:

1. Plaintiff IGOR KIGEL has reached an agreement with Defendants to resolve all claims against Defendants.

2. The Parties are currently finalizing a confidential settlement agreement.

3. Pursuant to the terms of the settlement and logistical problems due to the COVID-19 pandemic, it may take up to 90 days for completion of the settlement terms and exchange of the settlement funds.

4. Based on the foregoing, the Parties respectfully request that all future deadlines be vacated pending the completion of the settlement terms.

Dated: August 18, 2021         **CONSUMER LEGAL SERVICES, P.C.**

By:   /s/ Jeeho H. Lim
Jeeho H. Lim, Esq.
Attorneys for Plaintiff Igor Kigel
Email: jlim@lemonauto.com

Dated: August 18, 2021         **ROSEWALDORF LLP**

By:   /s/ Mark W. Skanes
Mark W. Skanes
Attorneys for Defendants Toyota Motor Sales, U.S.A., Inc. and RPM Luxury Auto Sales, Inc. d/b/a Lexus of Sacramento
Email: mskanes@rosewaldorf.com

## CERTIFICATION

I hereby certify that I have express permission to affix the signature of Jeeho H. Lim, Esq. to this Notice of Settlement and that Attorney Lim expressly approves of the contents of this Notice of Settlement.

Dated: August 18, 2021         **ROSEWALDORF LLP**

By:   /s/ Mark W. Skanes
Mark W. Skanes
Attorneys for Defendant Toyota Motor Sales, U.S.A., Inc. and RPM Luxury Auto Sales, Inc. d/b/a Lexus of Sacramento
Email: mskanes@rosewaldorf.com